RECEIVED
U.S. DIST.
EASTERN
2020 SEP 24 A 9:50

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 2 4 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 3:20-CV-293-JM-JTR

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Ruben Rivera
ADC # 45919

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

*This case assigned to District Judge Moody
and to Magistrate Judge Ray*

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Keith bowers
Position: Administrator
Place of employment: craighead County detention center
Address: 901 willet rd.

Name of defendant: _____

Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

☑  official capacity only
☐  personal capacity only
☐  both official and personal capacity

III.   Previous lawsuits

  A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___   No ___

  B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    ☐   Parties to the previous lawsuit:

     Plaintiffs: _____

     _____

     Defendants: _____

     _____

Yes ✓   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

August 17th 2020 we were given covid 19 test and I tested positive. The administrator Keith Bowers did not follow proper quarantine procedures or have any officers under him wearing proper ppe until the 19th of August 2020. The N95 mask required by CDC wasn't worn until after the outbreak. They wore bandanas instead of masks. The cameras in S1 pod and all other pods can be called to witness this. They stopped proper vital and temperature checks in quarantine pods in the middle of may also can be checked through logs and cameras. My life has been put in jeopardy. Keith Bowers

lack of consideration has caused me to contract the virus! The mental anguish of having this virus is emotionally exhausted This jail administrater did not do his job Now I am very ill and fear for my life! we did not even recieve masks until August 17th! mr Bowers negligence resulted in myself and many others being very ill with a life threatning virus! August 1st to August 16th No proper PPE by any officer! May 20th - Aug 16 medical staff were not doing any vital checks or symptom checks in quarintine pod

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: *Craighead County Jail*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓  No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$100,000.⁰⁰ for mental anguish

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 21 day of aug, 20 20.

_____
Signature(s) of plaintiff(s)

Ruben Rivera
901 willet rd
Jonesboro Ar 72401

Inmate mail from the
Craighead County
Detention Center

Pro se Clerk
600 west capital Ave,
suite A-149 Little Rock AR
72201

FOREVER / USA