UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBEN RIVERA                                                                                PLAITNIFF
#45919

V.                     No. 3:20CV00274-DPM-JTR, and
                       No. 3:20CV00293-JM-JTR

KEITH BOWERS, Administrator,
Craighead County Detention Center                                                           DEFENDANT

# ORDER

Plaintiff Ruben Rivera ("Rivera") is a pretrial detainee in the Craighead County Detention Center ("CCDC"). On September 10, 2020, he filed a *pro se* § 1983 Complaint, along with a Motion for Leave to Proceed *In Forma Pauperis,* in *Rivera v. Bowers,* No. 3:20cv274-DPM-JTR (*Docs. 1 & 2)*. On September 24, 2020, he filed a *pro se* § 1983 Complaint and a Motion for Leave to Proceed *In Forma Pauperis,* in *Rivera v. Bowers,* No. 3:20cv293-JM-JTR (*Docs. 1 & 2).*

In both Complaints, Rivera sues CCDC Administrator Keith Bowers ("Bowers") and alleges that, due to the CCDC's failure to require proper protective equipment and to properly quarantine, Rivera contracted COVID-19.

Rivera cannot maintain two separate cases that assert the same claims. The Court may dismiss a prisoner's § 1983 action, during § 1915A screening,[1] if it is duplicative of a previously filed claim. *See Gearhart v. Sarrazine,* 553 F. App'x 659, 659-60 (8th Cir. 2014) (affirming preservice dismissal of prisoner's claims that were duplicative of those in another pending action); *Aziz v. Burrows,* 976 F.2d 1158, 1158-59 (8th Cir. 1992) (affirming dismissal of "duplicative complaint raising issues directly related to issues in another pending action brought by the same party").

Accordingly, the Clerk is directed to docket Rivera's new § 1983 Complaint from No. 3:20cv293-JM-JTR (*Doc. 1)* as a "Motion to Amend Complaint" in No. 3:20cv274-DPM-JTR.

By separate Order, Rivera's Complaint in No. 3:20cv293-JM-JTR will be dismissed, without prejudice, as raising claims that are duplicative of those that are pending in No. 3:20cv274-DPM-JTR.

IT IS SO ORDERED this 6th day of October, 2020.

*J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE

---

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).