UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBEN RIVERA                                                                                    PLAINTIFF
#45919

V.                                            No. 3:20CV00293-JM

KEITH BOWERS, Administrator,
Craighead County Detention Center                                                DEFENDANT

## ORDER

Plaintiff Ruben Rivera's complaint (*Doc. 2*) in this case raises claims that are duplicative of those that are pending in *Rivera v. Bowers,* No. 3:20cv274-DPM-JTR. The Court has ordered that Mr. Rivera's new complaint be filed as a motion to amend in the earlier case.

Therefore, this case is dismissed without prejudice, and Mr. Rivera's motion to proceed *in forma pauperis* (*Doc. 1*) is denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE