**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

RUBEN RIVERA                                                                        PLAINTIFF
#45919

V.                                         No. 3:20CV00293-JM

KEITH BOWERS, Administrator,
Craighead County Detention Center                                DEFENDANT

## **JUDGMENT**

    Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

    IT IS SO ORDERED this 7th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE